UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 13 |
| Jewel Braxton | ) | |
| | ) | CASE NO. 23-02879 |
| | ) | |
| Debtor | ) | |

### AFFIDAVIT REGARDING CHANGE IN CIRCUMSTANCES

State of Illinois    )
                     )
County of Cook       )

The Debtor, Jewel Braxton, in the above captioned case being duly sworn upon oath, deposes and states as follows:

1. I filed a previous Chapter 13 case, case number 22-01336, on 02/07/2022. This case was dismissed on 12/20/2022 for undue delay.

2. During my prior case, I did not provide a CMA of my residence in a timely manner.

3. I now have a CMA, and will be able to resume my repayment plan.

4. I've have had a positive change in circumstances since the dismissal of my last case, and this case is being filed in good faith.

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to permit the Automatic Stay in my case to be extended.**

**FURTHER AFFIANT SAYETH NOT:**

_____
Jewel Braxton

Subscribed and sworn to before me this 23rd day of February, 2023

_____
Notary Public

My Commission Expires: 9/15, 2024

DORA M YOSHIDA
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 15, 2024